UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **14-20250-CR-MORENO**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

**DEMETRIUS ALLEN McDUFFIE,
LAMAR COCHISE MURPHY, and
KEITH TYRONE JOSEPH,**

        Defendants.

_____/

## ORDER OF REASSIGNMENT

The above-styled case has been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned District Judge to newly appointed **District Judge Darrin P. Gayles.** Prior to executing this Order, the undersigned has reviewed the file and has ruled upon all ripe pending motions that have not been referred to the paired Magistrate Judge, and are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida (See Internal Operating Procedures, Section 2.05.03 – 2.05.04). It is hereby

ORDERED and ADJUDGED that the above-styled action is hereby REASSIGNED to the calendar of the **Honorable Darrin P. Gayles** as of **June 30, 2014** for all further proceedings. Trial in this case is presently set for August 25, 2014 with Calendar Call on August 19, 2014 at 2:00 p.m. It is further

ORDERED that all pleadings hereafter filed shall bear the assigned case number followed by the initials **DPG** in lieu of the present initials.

DONE and ORDERED at Miami-Dade County Florida, in chambers this 25th day of June, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record
Magistrate Judge William Turnoff