**Keith Tyrone Joseph**
**Docket No. 113C 1:14CR20250-003**
**SD/FL PACTS No. 401099**

```
C O N F I D E N T I A L
PROPERTY OF U.S. COURTS.

This document is not to be disclosed to any
party not officially involved in the pre and
post sentencing aspects of this case without
approval of the Court, Rule 32(e)
```

# ADDENDUM TO THE PRESENTENCE REPORT

This probation officer certifies that the presentence report (PSR) and the addendum have been made available for disclosure to the defendant, through his attorney, and to counsel for the government.

## OBJECTIONS

### By the Government

The government has reported no objections pursuant to Administrative Order 95-02.

### By the Defendant

Neither the defendant nor his attorney has reported objections pursuant to Administrative Order 95-02.

### Supplemental Information

The PSR was revised to reflect an updated **Offense Level Computation** and advisory sentencing guideline imprisonment range in the **Sentencing Options** section of the report, pursuant to the application of the 2014 Guidelines Manual.

Subsequent to the disclosure of the PSR, Joseph's FDC medical and high school information was received, and has been included in paragraphs 54 and 58 of the revised report.

**Keith Tyrone Joseph**
**Docket No. 113C 1:14CR20250-003**
**SD/FL PACTS No. 401099**
**Page 2**

## ADDENDUM TO THE PRESENTENCE REPORT

CERTIFIED BY

Lucrecia Peralta
U.S. Probation Officer

Reviewed and approved:

Connie Irimia
Supervising U.S. Probation Officer

| | |
|---|---|
| ADDENDUM DATE: | November 17, 2014 |
| DATE PSI AVAILABLE FOR DISCLOSURE: | October 22, 2014 |
| DATE AUSA OBTAINED PSI: | October 22, 2014 |
| DATE DEFENSE OBTAINED PSI: | October 22, 2014 |